UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| HALIMA OUEDRAOGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00921-LCB-JHE |
| ) | |
| WARDEN K. NEELY, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

Petitioner Halima Ouedraogo filed a *pro se* petition and supplemental petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docs. 1, 2, 5). Ouedraogo challenges the Bureau of Prisons' ("BOP") application of First Step Act ("FSA") time credits to her sentence and the BOP's denial of her request for home confinement under the CARES Act.[1] On January 12, 2024, the magistrate judge entered a report recommending the court deny Ouedraogo's claim regarding application of additional FSA time credits to her sentence and dismiss the claim without prejudice. (Doc. 12). The magistrate judge also recommended the court deny Ouedraogo's claim regarding her request for home confinement under the

---

[1] The "CARES Act" is the shortened form of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, § 12003(b)(2), 134 Stat. 281, 516 (codified at 18 U.S.C. § 3621), and authorizes home confinement as an alternative to incarceration if certain conditions are met.

CARES Act and dismiss the claim with prejudice. (Doc. 12). No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ouedraogo's claim regarding application of additional FSA time credits to her sentence is due to be denied and the claim is due to be dismissed without prejudice. The court also finds that Ouedraogo's claim regarding her request for home confinement under the CARES Act is due to be denied and the claim is due to be dismissed with prejudice.

A Final Judgment will be entered.

**DONE** and **ORDERED** February 9, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE